# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jennie-O Turkey Store, Inc.                    CIVIL 06-3146 PAM/JSM
*a Minnesota corporation*

                          Plaintiff,           **ORDER OF DISMISSAL**
v.

BOC Group, Inc.
*a Delaware corporation*

                          Defendant.

-----------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the

date

of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is

**DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof

to afford plaintiff the opportunity, if so advised to move to vacate this Order of

Dismissal.

Dated: September   24   , 2007

                                    s/Paul A. Magnuson
                                   Paul A. Magnuson**,** Judge
                                   United States District Court